NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

COREY BERRY,                      )
                                  )
      Appellant,            )
                                  )
v.                                )           Case No. 2D18-4472
                                  )
STATE OF FLORIDA,                 )
                                  )
      Appellee.             )
_____)

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Charles Sniffen,
Judge.


PER CURIAM.

      Affirmed.


LUCAS, BADALAMENTI, and ATKINSON,JJ., Concur.